# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0333
Lower Tribunal No. 18-18884
_____

**Donnie Tabor,**
Appellant,

vs.

**Gilma Tabor,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Ivonne Cuesta, Judge.

Wolfe Law Miami, P.A., and Mason R. Wolfe, for appellant.

Hasbun & Mendoza, P.L.L.C., and Maribel Mendoza, for appellee.

Before EMAS, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.